FILED
ASHEVILLE, NC
AUG 0 5 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:25-CR- 56-MR-WCM |
| v. | **BILL OF INDICTMENT** |
| PEGGY LEE CANTRELL | **Violations:**<br>18 U.S.C. § 1040<br>18 U.S.C. § 1028A |

## THE GRAND JURY CHARGES:

## INTRODUCTION

### FEMA Responds to Tropical Storm Helene

1. On or about September 27, 2024, Tropical Storm Helene struck the Western District of North Carolina, and elsewhere, causing massive devastation, including extensive property damage and loss of life.

2. At all times relevant to this Bill of Indictment, the Federal Emergency Management Agency ("FEMA") was an agency within the United States Department of Homeland Security.

3. On or about September 28, 2024, the President of the United States approved a Major Disaster Declaration for North Carolina in response to damage sustained from Tropical Storm Helene. This declaration was a Presidential Disaster Declaration (FEMA-4827-DR), effective on or about September 25, 2024, made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act. FEMA was responsible to respond to certain victims of Tropical Storm Helene who were displaced by the storm. Thereafter, FEMA made financial assistance and benefits available to individuals and families who were affected by Tropical Storm Helene ("victims"). Victims who suffered losses as a result of Tropical Storm Helene, including renters and property owners who lost the use of their residences, could qualify for FEMA benefits. Specifically, victims could seek relief for home repair, personal property damage, transportation, medical expenses, and housing assistance, among other benefits.

### Defendant PEGGY LEE CANTRELL's Application for Relief

4. On or about February 22, 2025, Defendant PEGGY LEE CANTRELL filed an application for disaster assistance with FEMA for a dwelling she claimed was located at 193 Beaver Creek Road, Marion, North Carolina, and was damaged by Tropical Storm Helene. In

1

the application, Defendant asserted that she rented the property and that the damaged dwelling was her primary residence. Marion is located in McDowell County, within the Western District of North Carolina.

5. On or about February 27, 2025, CANTRELL amended her FEMA application's residential status from renter to owner of the damaged dwelling.

6. On or about February 28, 2025, Defendant CANTRELL represented to a FEMA inspector that she owned the residential trailer that was destroyed, but not the land where the trailer was placed.

7. On or about March 8, 2025, Defendant CANTRELL submitted a handwritten letter to FEMA that read in part as follows, "I PEGGY LEE CANTRELL declare under penalty of perjury that the information I provide is true and correct." She wrote that she had purchased the dwelling from J.W. of South Carolina for $8,500, that she had lived at 193 Beaver Creek Road for twenty-five years, and that all of her important personal documents "got washed away by Hurricane Helene."

8. In connection with her application, and as part of her fraudulent scheme, Defendant CANTRELL filed a falsified "Residential Property And Owner's Association Disclosure Statement." CANTRELL submitted this Disclosure Statement to support her claim that she had purchased 193 Beaver Creek Road from R.E. in 2005. When in fact, as she well knew, she had never purchased the property. In the Disclosure Statement CANTRELL used the name and signature of R.E., without R.E.'s consent or knowledge, in order to convince FEMA of the validity of her claim for benefits.

9. CANTRELL's claims made to FEMA were false. In fact, and as CANTRELL well knew:

    a. CANTRELL never lived at, rented, or owned a residence or structure located at 193 Beaver Creek Road, Marion, North Carolina.

    b. No dwelling existed at 193 Beaver Creek Road, Marion, North Carolina, at the time that Tropical Storm Helene struck North Carolina; and, therefore, no dwelling was damaged at that location by the storm.

    c. CANTRELL did not purchase a dwelling from J.W. of South Carolina for $8,500 and move it to 193 Beaver Creek Road, Marion, North Carolina.

    d. CANTRELL's important personal documents did not wash away during the storm.

    e. On September 27, 2024, and for approximately twelve months prior to that date, CANTRELL resided in Wake County, North Carolina, well outside the effects of Tropical Storm Helene.

<u>FEMA Pays CANTRELL's False Claim</u>

10. On March 12, 2025, FEMA wired $30,631.59 in interstate commerce from Washington, DC to Green Dot Bank in Pasadena, California (Los Angeles County). CANTRELL then withdrew $5,818.00 of those funds from State Employees Credit Union in Marion, North Carolina (McDowell County).

## **COUNT ONE**

### **(Fraud in Connection with Major Disaster or Emergency Benefits)**

11. Paragraphs 1 through 10 are realleged and incorporated herein by reference.

12. Beginning on or about February 22, 2025, in McDowell County, within the Western District of North Carolina and elsewhere, the defendant,

### **PEGGY LEE CANTRELL,**

knowingly made and willfully caused to be made materially false, fictitious, and fraudulent statements and representations to FEMA in an application for benefits authorized, transported, transmitted, transferred, disbursed, and paid in connection with the Presidential Disaster Declaration for the State of North Carolina (FEMA-4827-DR), effective on or about September 25, 2024, and made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, which benefits pertaining to alleged damage to a residence located at 193 Beaver Creek Road, Marion in McDowell County, as described in paragraphs 1 through 10.

All in violation of 18 U.S.C. § 1040.

## COUNT TWO

### (Aggravated Identity Theft)

13. Paragraphs 1 through 10 are realleged and incorporated herein by reference.

14. Beginning on or about February 22, 2025, in McDowell County, within in the Western District of North Carolina and elsewhere, the defendant,

### PEGGY LEE CANTRELL

during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c)(4), that being fraud in connection with major disaster or emergency benefits, a violation of 18 U.S.C. § 1040, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that being, the name and signature belonging to R.E.

All in violation of Title 18, United States Code, Sections 1028A(a)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924, Section 853, and/or Section 2461(c):

1. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment;

2. All property used or intended to be used in any manner or part to commit or facilitate such violations;

3. All firearms and ammunition involved or used in the violations set forth in this Bill of Indictment; and

4. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property seized during the investigation is subject to forfeiture on one or more of the grounds stated above: a forfeiture money judgment in the amount of at least $30,631.59, such amount constituting the proceeds of the violations set forth in this Bill of Indictment.

A TRUE BILL:

Gj

**RUSS FERGUSON**
**UNITED STATES ATTORNEY**

For Corey F. Ellis
Assistant United States Attorney

5

Case 1:25-cr-00056-MR-WCM    Document 1    Filed 08/05/25    Page 5 of 5