UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA    )
    )    DOCKET NO. 1-25-cr-00056-MR-WCM
v.    )
    )    **FACTUAL BASIS**
PEGGY LEE CANTRELL    )
_____)

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about September 28, 2024, the President of the United States approved a Major Disaster Declaration for North Carolina in response to damage sustained from Tropical Storm Helene beginning on or about September 25, 2024. The Federal Emergency Management Agency ("FEMA") was an agency within the United States Department of Homeland Security charged with responding to the disaster declaration. This declaration was a Presidential Disaster Declaration (FEMA-4827-DR), effective on or about September 25, 2024, made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act.

2. In February 2025, the defendant, knowingly filed a falsified application for federal disaster assistance with the Federal Emergency Management Agency for damages done to a dwelling she falsely, fictitiously, and fraudulently claimed was located at 193 Beaver Creek Road, Marion, North Carolina, and was damaged by Tropical Storm Helene.

3. In her application, the defendant asserted that she rented the property and that the damaged dwelling was her primary residence.

4. On or about February 27, 2025, the defendant fraudulently amended her FEMA application's residential status from renter to owner of the damaged dwelling.

5. On or about February 28, 2025, the defendant falsely represented to a FEMA inspector that she owned the residential trailer that was destroyed, but not the land where the trailer was placed.

6. On or about March 8, 2025, the defendant submitted a handwritten false writing and document to FEMA that read in part as follows, "I PEGGY LEE CANTRELL declare under penalty of perjury that the information I provide is true and correct." She falsely wrote that she had purchased the dwelling from J.W. of South Carolina for $8,500, that she had lived at 193 Beaver Creek Road for twenty-five years, and that all of her important personal documents "got washed away by Hurricane Helene."

7. The defendant knew when she submitted the assertions detailed above that each were material falsehoods for the following reasons, among others;

   a. At the time Tropical Storm Helene hit Western North Carolina the defendant was an inmate of the State of North Carolina's Department of Adult Correction.

   b. She had never lived at, rented, or owned a residence or structure located at 193 Beaver Creek Road, Marion, North Carolina, and that

   c. No dwelling existed at 193 Beaver Creek Road, Marion, North Carolina, at the time that Tropical Storm Helene struck North Carolina; and, therefore, no dwelling was damaged at that location by the storm, and that

   d. She had not purchased a dwelling from J.W. of South Carolina for $8,500 and move it to 193 Beaver Creek Road, Marion, North Carolina.

   e. Her important personal documents did not wash away during the storm.

8. On March 12, 2005, FEMA wired $30,631.59 in interstate commerce from Washington, DC to Green Dot Bank in Pasadena, California (Los Angeles County). Defendant then withdrew a portion of those funds from the State Employees Credit Union in Marion, North Carolina (McDowell County) within the western district of North Carolina. The defendant used the funds not withdrawn immediately to purchase goods and services for her own benefit.

2

RUSS FERGUSON
UNITED STATES ATTORNEY

DON GAST

~~Corey F. Ellis~~
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

DATED: 9-26-25

Rhett Johnson, Attorney for Defendant

3