# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

FILED
Asheville
Aug 12 2026
U.S. District Court
Western District of N.C.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  0419 1:25CR00056- 001 |
| | ) | |
| | ) | |
| Peggy Lee Cantrell | ) | **RECEIVED** |
| *Defendant* | ) | **UNITED STATES MARSHAL** |

## ARREST WARRANT

**4:18 pm, Mar 26 2026**

**WESTERN NORTH CAROLINA
ASHEVILLE**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Peggy Lee Cantrell ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☒ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: March 26, 2026

City and state:     Asheville, NC

W. Carleton Metcalf
United States Magistrate Judge

---

### Return

This warrant was received on *(date)*  3/26/2026 , and the person was arrested on *(date)*  8/10/2026

at *(city and state)*  Asheville, NC .

Date:  8/12/2026

*Arresting officer's signature*

JUSTIN SKEWES   DUSM

*Printed name and title*